## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **NESTE US, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:25-cv-611 |
| § | |
| **MERCURIA ENERGY AMERICA LLC** § | |
| § | |
| Defendant. § | |

### PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41 (A) (i)

Plaintiffs NESTE US, INC. ("Plaintiff"), files this Notice of Dismissal of the above cause pursuant to Federal Rules of Civil Procedure Rule 41(A)(i) and respectfully shows as follows:

### I

Defendant MERCURIA ENERGY AMERICA LLC is the only named Defendant and has neither filed an answer nor a motion for summary judgement. As such, the filing of a notice of dismissal is all that is necessary to dismiss this cause

### II

Plaintiffs hereby provides this Notice of Dismissal without prejudice of the above cause.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays that the Court enter an Order of Dismissal Without Prejudice as to all claims and tax all court costs against the party incurring same.

Respectfully submitted,

**CLARK HILL PLC**

*/s/ Gary J. Siller*
**GARY J. SILLER**
*Attorney in Charge*
Texas Bar No. 18350300
Fed No. 3050
GSiller@clarkhill.com
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
(713) 951-5600
(713) 951-5660 Fax

**TATE L. HEMINGSON**
Texas Bar No. 24064370
Fed No. 3087708
themingson@clarkhill.com
901 Main St., Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 Fax

**ATTORNEYS FOR PLAINTIFF
NESTE US, INC.**